TRACY L. WILKISON  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
MARGARET BRANICK-ABILLA, CSBN 223600  
Special Assistant United States Attorney  
    Social Security Administration  
    160 Spear St., Suite 800  
    San Francisco, CA 94105  
    Telephone: (510) 970-4809  
    Facsimile: (415) 744-0134  
    Email: Margaret.Branick-Abilla@ssa.gov  

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
EASTERN DIVISION  

| | |
|---|---|
| MARTHA RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:21-cv-05882-PD <br><br> **JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: November 29, 2021

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE