LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARTHA RODRIGUEZ,<br><br> Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br> Defendant. | No. CV 21-05882 PD<br><br><u>ORDER AWARDING EAJA FEES</u> |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED TWENTY-FOUR AND 77/100 ($2,224.77) subject to the terms of the stipulation.

DATE:  December 20, 2021   *Patricia Donahue*
           HON. PATRICIA DONAHUE
           UNITED STATES MAGISTRATE JUDGE